IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HELEN ELIZABETH FARRAR-CLARY | ) ) ) | Case No. 7:19-cv-298 |
| v. | ) ) | |
| THE BOYD CORPORATION, SOUTH HILL, VIRGINIA | ) ) ) | By: Michael F. Urbanski |
| Defendant. | ) | Chief United States District Judge |

### ORDER

This matter is before the court on the parties' joint submission of notice to transfer this case to the Eastern District of Virginia, ECF No. 18. A Rule 16 Scheduling Conference was held on May 23, 2019, ECF No. 16, and the court inquired as to why this case should not be transferred to the Eastern District of Virginia since that is the proper venue. The parties stated that the case was originally filed in state court in Roanoke and was properly removed to federal court in this district. The court then directed the parties to inform the court of their position as to transfer to the Eastern District of Virginia.

The parties responded, stating they did not object to transfer. However, the parties also agreed to participate in a settlement conference in this district and requested the issue of venue be stayed pending the result of their settlement negotiations.

The case was referred to the Honorable Robert S. Ballou, U.S. Magistrate Judge, for mediation on August 26, 2019. However, the parties did not reach resolution. ECF No. 23.

Accordingly, pursuant to the parties' joint notice, this case is transferred to the Eastern District of Virginia. Following transfer, the Clerk is directed to close this case in this district.

It is so **ORDERED**.

Entered: May 24, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.05.24 19:31:38
-04'00'

Michael F. Urbanski
Chief United States District Judge